## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **BRYAN GLYNN** | : | |
| Plaintiff, | : | CIVIL ACTION #   4:20-cv-98-ALM |
| vs. | : | |
| **SONJANETTE C. ALDERSON, LARRY W. ALDERSON, JR. and LASOA, INC.** | : | JURY DEMANDED |
| **Defendants** | : | |

### NOTICE OF SETTLEMENT

Plaintiff Bryan Glynn and Defendants Sonjanette C. Alderson and Larry W. Alderson and Lasoa, Inc. (collectively the "Parties") hereby give the Court notice that the parties have agreed to settle the case and respectfully request that the case be abated for 30 days so that settlement documents can be finalized and dismissal documents filed with this Court.  Additionally, the Parties respectfully request that the hearing set for Tuesday, May 12, 2020 be cancelled, and that the requirement to file the joint report for attorney conference on April 27, 2020 with the Court be vacated.

Dated this 17th day of April, 2020.

**LAW OFFICE OF BUCK MCKINNEY, PC**

/s/ R. Buck McKinney
R. Buck McKinney
State Bar No. 00784572
408 W. 11th St., Fifth Floor
Austin, Texas 78701
Telephone:  512/236-0150
Fax:  512/444-1879
*mckinney@buckmckinney.com*
ATTORNEY FOR PLAINTIFF BRYAN GLYNN

/s/ Larry Alderson
Larry Alderson
/s/ Sonjanette Alderson
Sonjanette Alderson
/s/ Larry Alderson
2515 McKinney Avenue, Suite 920
Dallas, Texas 75201
(214) 231-2700
(214) 999-1279 (facsimile)
*rknebel@fernandezllp.com*
PRO SE DEFENDANTS, INDIVUDUALLY AND O/B/O LASOA, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, a copy of the foregoing was served on Defendants via e-mail.

/s/ R. Buck McKinney